IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | No. 2:05-CR-00539-DCN-1 |
| vs. | ) | 2:08-CV-70026-DCN |
| | ) | |
| Tara Anderson Thompson, | ) | |
| | ) | **ORDER** |
| Defendant/Movant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

This matter is before the court on remand from the United States Court of

Appeals for the Fourth Circuit for entry of an order granting or denying a certificate of

appealability.  Rule 11(a) of the Rules Governing Section 2255 Proceedings provides that

the district court "must issue or deny a certificate of appealability when it enters a final

order adverse to the applicant."  A certificate of appealability may issue "only if the

applicant has made a substantial showing of the denial of a constitutional right."  28

U.S.C. § 2253(c)(2).  An applicant satisfies this standard by establishing that reasonable

jurists would find that the district court's assessment of the constitutional claims is

debatable or wrong and that any dispositive procedural ruling by the district court is

likewise debatable.  Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v.

McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001).

Here, movant does not meet this standard because there is nothing debatable

about the court's resolution of her section 2255 motion.  Accordingly, the court **DENIES**

a certificate of appealability.

**AND IT IS SO ORDERED**.

_____

**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**Charleston, South Carolina**
**March 24, 2010**